IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                           No. 2:04-cr-20140-Ml

ANTHONY B. MACK,
    Defendant.

ORDER ON MOTION TO CONTINUE REPORT DATE

This matter came on to be heard upon motion by the defendant to reschedule the report date set for July 22, 2005. For good cause shown and without objection by counsel for the United States, the motion is GRANTED. Defendant's report date is rescheduled from July 22, 2005, until **Friday**, October **28** at **9:00** o'clock. The period from July 22, 2005, to October **28**, 2005, is excludable under U.S.C. 3161 (h)(8) (b)(4) because the ends of justice served in allowing additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this **19** day of July, 2005.

JUDGE JON P. MCCALLA
Federal District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **7-20-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 198 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT